ORDER
 

 Appellant appeals from the district court order denying his motion for a default judgment. Because such a denial is not a final appealable order, we lack jurisdiction over this appeal.
 
 See McNutt v. Cardox Corp.,
 
 329 F.2d 107, 108 (6th Cir.1964).
 

 Moreover, appellant did not file his notice of appeal within the 30-day time
 
 *257
 
 period required under Fed.R.App.P. 4(a). This time period is mandatory and jurisdictional.
 
 See Pettibone v. Cupp,
 
 666 F.2d 333, 334 (9th Cir.1981).
 

 Accordingly, appellees’ motion to dismiss this appeal for lack of jurisdiction is granted. This appeal is hereby dismissed.